Standard Practice Training Aid

**Retail Leadership Schedule**
Assistant Department Manager, Assistant Store Manager

| Retail Leadership Schedule | |
|---|---|
| **Purpose** | Store and Department leaders are scheduled appropriately to cover all business needs |
| **Start** | Weekly - when creating schedule |
| **Materials** | • N/A | • N/A |

| Actions: | Steps / Details: |
|---|---|
| 1. Scheduled day's off | a. The intention is to have all Hannaford associates enjoy their time off, however, we need to keep the business needs in mind when planning and scheduling.<br>1. Store Manager and Assistant Store Manager should not schedule the same day off.<br>2. Department Managers and Assistant Department Managers should not schedule the same day off.<br><br>NOTE: The above standards are to assure appropriate 7 day coverage within all departments, and total store leadership. |
| 2. Late Nights | a. Store Manager and Assistant Store Manager are expected to work a late shift each week.<br>b. Department Managers, and Assistant Department Managers are expected to work a late shift each week<br><br>NOTE: A late shift is defined as at least until 8:00pm |
| 3. Sunday | a. Store Manager, Assistant Store Manager, and Manager on Duty are required to work a minimum of one Sunday a month on a rotating basis.<br>b. Store Manager, Assistant Store Manager, and Manager on Duty are the only authorized associates to be in charge of the store at anytime.<br><br>NOTE: The above standard is established to assure a key leader who can authorize all of the business needs.<br><br>c. Department Managers and Assistant Department Managers should work a minimum of one Sunday a month on a rotating basis |



DEPOSITION
EXHIBIT
Davis
3

PENGAD 800-631-6989

Hannaford
Retail Operations

Page **1** of 2
Copyright © 2010 EOJT

Revised: 12/13/2013
Doc # 22000

Hannaford - 000952

STIPULATED RECORD - 00419

Standard Practice Training Aid

**Retail Leadership Schedule**
Assistant Department Manager, Assistant Store Manager

| Actions: | Steps / Details: |
|---|---|
| 4. Peak time | a. Store Manager and Assistant Store Managers should be scheduled during peak business hours daily.<br>b. Department Managers and Assistant Department Managers should be scheduled during peak business hours daily.<br><br>NOTE: |
| **Result** | Consistent conditions have been sustained, creating a maximization of sales. |
| **Task standards** | • Store Manager and Assistant Store Manager do not share the same day off<br>• Department Manager and Assistant Department Manager do not share the same day off<br>• Store Manager and Assistant Store Manager work until at least 7pm once a week<br>• Department Manager and Assistant Department Manager work until at least 7pm once a week |

*Revision History:*
*12/13/2013 Changed District Manager to Director of Operations*

Hannaford
Retail Operations

Page **2** of 2
Copyright © 2010 EOJT

Revised: 12/13/2013
Doc # 22000

Hannaford - 000953

STIPULATED RECORD - 00420

**Authorization for the Disclosure of Protected Health Information**

*Mailed to ev, Henn*

1.   By signing this form at the bottom of the page, I hereby authorize *Richard Dubay MD* (Name of Provider) to disclose certain protected health information from the records of:

*Advers)*

*12/81/15*

Name of Patient: *Jai Morin*
Date of Birth: *2/22/76*

2.   The following information may be disclosed (specifically identify the records): The above-named provider may answer the following questions, orally or in writing.

   1.   Does the patient suffer from a disability?   *Yes*

   2.   If so, what are the functional limitations of the condition(s) for which the patient is being treated?   *{ patient unable to function well at end of work day*

   3.   Can the patient perform the essential functions of his/her position (job description attached) with or without a reasonable accommodation?   *Yes*

   4.   If a reasonable accommodation is required, what specific accommodations are necessary?   *{ Place patient on "early" shift that finishes by 2830 PM*

   5.   If the patient requires time off from work for anticipated illness and/or medical appointments:

      a.   How frequently will he/she likely be absent?   *Unknown at this time*

      b.   What is the likely amount of leave needed in each instance (e.g., partial shift, entire shift, how many days)?   *a) Mentioned above - every day patient works*

      c.   Would the nature of the patient's condition permit him/her to provide advance notice of the need for leave? If so, how much notice?   *No (symptom flare ups can be sudden + unpredictable*

      d.   Would a change in shift remove the need for leave?   *YES (see above)*

      e.   For what period of time will the above-accommodations likely be required?   *until further notice*

      *Questions 2. has been answered by: Richard Dubay MD   12/30/15*

3.   The persons or class of persons who are authorized to receive this information are (either name specific individuals or the type of persons. An example of a class would be "anyone acting on behalf of Dr. X): Hannaford Human Resources professionals working with _____, and any counsel who Hannaford chooses to consult about _____ medical condition and request for accommodation .

   *Richard J Dubay MD*

4.   The purpose for which the information will be used or disclosed is as follows (check one):

   ☐  At the request of the individual
   ☒  Other (specifically identify the purpose): to evaluate and respond to the patient's request for certain accommodations with respect to his/her employment.

5.   I understand that I may revoke this authorization in writing at any time, except that such revocation will not effect actions already taken in reliance on this authorization. I understand that, in order to revoke this authorization, I must send a written notice stating my intent to revoke this authorization to the above-named health care provider in Section 1.

6.   Except as otherwise permitted or required by law, my treatment, payment, enrollment in a health plan or eligibility for benefits will not be condition upon my authorization of this disclosure. I understand that, except as otherwise provided by law, my protected health information disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected by applicable state and federal law governing the confidentiality of medical information.

7.   Unless revoked earlier, this authorization will expire (check one):
   ☐  On the following date; _____
   ☐  Upon the following event: _____
   If no expiration date or event is given, it is assumed that the authorization will expire one year after it is signed.

Signature: _____   Date: _____

the authorization is signed by a legal representative of the individual:
   Printed name of legal representative: _____
   Representative's authority to act for the individual: _____

DEPOSITION
EXHIBIT
*Davis*
*4*

4/30/15

On 4/9/15 I sent Dan and email asking him to ensure that either himself and Jai are scheduled till 5pm.  As well as one night a week for himself, Jai and all Fulltime associates.

On 4/21/15 After reviewing Dan schedule I asked him why my asks around his schedule was not executed.
He said that he would review it would jai and make sure it happened  for next weeks schedule.
I once again went over my expectations one night a week for all Fulltime till 7pm as well as himself and Jai.  Each day, Dan or Jai till 5pm

On 4/26/15  Spoke with Dan about his schedule.  Told him I appreciated him scheduling himself till 5pm each day but, I needed to ensure that he is scheduling Jai till 5pm on his day off and again that all his FT including Dan and Jai need to be scheduled one night till 7pm.

Dan said he would make this happen.

On 4/30/15 I reviewed Dan's schedule to find that he did not execute the requirement on each FT one night till 7pm.
This was asked of him on three occasions.  Dan needs to understand that going further he needs to follow SPTA and the direction on his supervisors.

Any further violations of SPTA or direction from supervisor will result in further disciplinary actions.

Penny Lord
Assistant Store Manager #8229

Dan Knowlton





12/16

Spoke w/ Travis Today about Jai not checking out Sun or Monday. Jeff also had to speak with Jai Tuesday about the needs of checking out.

Jai's response was "I'll try to do better"

I asked Travis to address this behavior + the business needs of him checking out.

W/E 12/5 I spoke with Travis about adjusting the following weeks schedule, due to Jai not working till at least 4 on Travis days off as well as Jai not scheduled a late night.

On W/E 12/19 schedule none of the above was in place, on 12/16 I explained to Travis that he is responsible for the schedule and needed to sign off on it going for ward,

If this does not get corrected, I would be holding him accountable.

Jonny Davis
12/16/15

DEPOSITION
EXHIBIT
Davis
7
PENGAD 800-631-6989

1/6/16 @ 1pm

Ginny and I met with Jai to discuss his perment restriction. (See meeting notes, went line by line.)

When I asked him how I could help. He questioned me on why was his schedule ok before and not know.

I let him know that his schedule and his team has more fully, met SOP & and it has been brought to his attention and his Wfmanager several times. I ask Jai if he recalls these conversation. He stated "yes, he know that"

I let him know that it is to my understand that other leader besides myself have ask them to follow Standard. I ask him if he re-calls that and he said "yes"

I let him know that for a very long time we have been asking himself and his leader to follow SOP and the only reason it was not always followed, was because of their leadership. It had nothing

medical

to due with pai's medical needs.
I let her know that sence
he brought in a Dr. note
with pernent restriction
we are meeting with him

I asked him for clarfacation
to ensure I had all the
cenfrnation corect.
"that he has never had
Dr's notes with restrictions
for his medical condition"
he said "no"
than I reaffirmed thats
why we are here today

I offered Linda if he felt
he needed someone else to
talk with
he agreed and asked for
her phone number.



**RICHARD J. DUBOCQ, M.D.**
**FAMILY MEDICINE AND GERIATRICS**
209 Unity Road
Albion, Maine 04910

Telephone
(207)437-5500

Jan 21, 2015

Rob Meader
Store Manager
Hannaford
#45 Elm Plaza
Watrville, ME 04901

Re: Jai Morin (DOB: 2/22/76)

Dear Mr. Meader!

This note will serve to reiterate my 12/30/15 note
that I wrote re: Jai Morin (attached).

The intent of my note was the following: Jai Morin
may continue at his "current role" at Hannaford
as long as he can be placed on a shift that
finishes by 2:30 PM. (The "accomodation" requested
is not for a "different capacity role").

Mr. Morin cannot work between the hours of
9am–7pm on a consistent basis at this time.
A schedule that allows him to leave work by 2:30 PM
would allow meeting his needs.

Please contact me if this matter requires
further discussion/clarification. Thank you!

CC: Jai Morin

Sincerely

Richard J. Dubocq MD



DEPOSITION
EXHIBIT
Davis
8

RE: Jai Morin                                                                    Page 1 of 4

## RE: Jai Morin

Shute, Linda
**Sent:** Wednesday, February 03, 2016 2:31 PM
**To:** Meader, Rob; Moryan, Virginia
**Cc:** Lord, Penny

Great. I spoke with Penny today and they will have the conversation tomorrow. Let me know how it goes.

"DELHAIZE CONFIDENTIAL: DO NOT FORWARD OR CIRCULATE"

Linda Shute
Associate Relations Specialist
Hannaford Bros.
Districts 1, 2 & 3

1-800-949-3996 Ext. 301
Fax 207-873-2697
MS 8182

**From:** Meader, Rob
**Sent:** Wednesday, February 03, 2016 11:57 AM
**To:** Shute, Linda; Moryan, Virginia
**Cc:** Lord, Penny
**Subject:** Re: Jai Morin

Please offer Jai the Service Lead. Penny work with Jason and Caleb

Rob

On: 02 February 2016 16:29, "Meader, Rob" <robmeader@hannaford.com> wrote:
Penny please call Linda regarding Jai. I will get back to you tomorrow on what position we will be offering Jai. I need to talk to Andrew to workout what position.

Thank You

Rob Meader
Store Manager
Hannaford 8229
Waterville, Maine 04901

rmeader@hannaford.com

T 1-207-877-0700
F 1-207-877-7550

Hannaford is a Delhaize Company

Before printing this email, think about the environment.

**From:** Shute, Linda
**Sent:** Tuesday, February 02, 2016 3:43 PM



https://mail.delhaize.com/owa/?ae=Item&t=IPM.Note&id=RgAAAADLt3L...  4/12/2017

Hannaford - 000493

RE: Jai Morin                                                    Page 2 of 4

**To:** Moryan, Virginia
**Cc:** Meader, Rob; Lord, Penny
**Subject:** RE: Jai Morin

Thank you. That's less of an impact than I expected. I will check with legal and get back to you asap.

"DELHAIZE CONFIDENTIAL: DO NOT FORWARD OR CIRCULATE"

Linda Shute
Associate Relations Specialist
Hannaford Bros.
Districts 1, 2 & 3

1-800-949-3996 Ext. 301
Fax 207-873-2697
MS 8182

**From:** Moryan, Virginia
**Sent:** Tuesday, February 02, 2016 3:39 PM
**To:** Shute, Linda
**Cc:** Meader, Rob; Lord, Penny
**Subject:** RE: Jai Morin

Hello Linda

Jai Morin, 1178781, DOH 3/1997

Currently:  Asst. Meat/Seafood Manager ~ $20.73/hr

Move to PT Meat Cutter ~ $19.55/hr

Move to PT Meat Cutter Seafood Service Leader ~ $20.15/hr

Ginny Moryan
Associate Relations Manager 8229
Waterville Elm Plaza
140 Elm Plaza
Waterville, ME 04901
Tel (207)877-0700
Fax (207)877-7550
vmoryan@hannaford.com

**From:** Shute, Linda
**Sent:** Tuesday, February 02, 2016 11:28 AM
**To:** Meader, Rob; Moryan, Virginia
**Cc:** Lord, Penny
**Subject:** RE: Jai Morin

It's my understanding that if you try to go in and change an associates pay it allows you to view their current

https://mail.delhaize.com/owa/?ae=Item&t=IPM.Note&id=RgAAAADLt3L...   4/12/2017

Hannaford - 000494

RE: Jai Morin                                                        Page 3 of 4

pay. Legal wants to know how much of an impact his pay will be from FT to PT.

"DELHAIZE CONFIDENTIAL: DO NOT FORWARD OR CIRCULATE"

Linda Shute
Associate Relations Specialist
Hannaford Bros.
Districts 1, 2 & 3

1-800-949-3996 Ext. 301
Fax 207-873-2697
MS 8182

**From:** Meader, Rob
**Sent:** Tuesday, February 02, 2016 9:05 AM
**To:** Shute, Linda; Moryan, Virginia
**Cc:** Lord, Penny
**Subject:** RE: Jai Morin

Hi Linda.

Ginny is off today. I looked in Peoplesoft and I don't Jai's rate of pay.

Rob Meader
Store Manager
Hannaford 8229
Waterville, Maine 04901

rmeader@hannaford.com

T 1-207-877-0700
F 1-207-877-7550

Hannaford is a Delhaize Company

Before printing this email, think about the environment.

**From:** Shute, Linda
**Sent:** Monday, February 01, 2016 4:27 PM
**To:** Moryan, Virginia
**Cc:** Meader, Rob; Lord, Penny
**Subject:** RE: Jai Morin

Can you tell me what Jai is currently making per hour and what his hourly pay would be as a PT Meat Cutter?

"DELHAIZE CONFIDENTIAL: DO NOT FORWARD OR CIRCULATE"

Linda Shute
Associate Relations Specialist
Hannaford Bros.
Districts 1, 2 & 3

https://mail.delhaize.com/owa/?ae=Item&t=IPM.Note&id=RgAAAADL43L...   4/12/2017

Hannaford - 000495

RE: Jai Morin                                        Page 4 of 4

1-800-949-3996 Ext. 301
Fax 207-873-2697
MS 8182

From: Moryan, Virginia
Sent: Monday, February 01, 2016 12:13 PM
To: Shute, Linda
Cc: Meader, Rob; Lord, Penny
Subject: Jai Morin

Hello Linda

Andrew Bailey at JFK can accommodate Jai as a PT early shift Meat Cutter. In doing so we may take on one
of their associates.
If a decision is made on what to do, please advise on what we should say to Jai and the amount of time he
has to make his decision.
We would like to get this resolved asap. Please let us know when you hear something. Rob is out of the
building for the Summit on Wed & Thu.
In talking with Travis, Meat mgr. things are going good in department concerning Jai. The only hardship is
scheduling around Jai's hourly needs because the burden of the hours Jai cannot work is placed on the
remaining associates.


Ginny Moryan
Associate Relations Manager 8229
Waterville Elm Plaza
140 Elm Plaza
Waterville, ME 04901
Tel (207)877-0700
Fax (207)877-7550
vmoryan@hannaford.com

Hannaford - 000496

February 4, 2016

Today Jai was told he could take the next two weeks off.

If we do not get word from him by Wednesday, February 17, 2016, he will be put on the schedule as a Part Time Meat Service Leader at the JFK Hannaford.


Ginny Moryan , ARM 8229

_[signature]_                2/4/16


Penny Lord Davis, Assistant Store Manager 8229

_[signature]_


Jai Morin

_[signature]_

DEPOSITION EXHIBIT
Davis
10
PENGAD 800-631-6989

7/17/16

Dear Ginny,

I am requesting reduced schedule FMLA leave from my Assistant Meat Manager position for the next 8 months, beginning immediately. I am in need of the reduced schedule FMLA leave because of my fatigue related disability. My current schedule asks for me to work til 4:30pm one or two days per week and until 7pm one day per week. This new schedule makes my symptoms worse. My doctor had told me to work a schedule that ends by 2:30pm. I will work with my doctor to discuss if the reduced schedule is still necessary during the next 8 months.

I still believe that you are able to provide me with a schedule adjustment as a reasonable accommodation for my disability. I don't believe that request for shifts that end by 2:30pm is unreasonable or unworkable or places an undue hardship on Hannaford. The only alternatives you offered me were to resign, transfer to a part time job with no guaranteed hours or benefits, or getting my doctor to remove his recommendation for my schedule restriction. I am very disappointed that my request was denied.

Please place me back on the schedule in my current role as Assistant Meat Manager and provide me the necessary forms to request reduced schedule FMLA. Thank you.

Janis E Martin

DEPOSITION
EXHIBIT
Davis
11

STIPULATED RECORD - 00432

RE: Jai Morin                                                        Page 1 of 1

## RE: Jai Morin
Moryan, Virginia
Sent: Friday, February 19, 2016 3:33 PM
To:   Shute, Linda
Cc:   Lord, Penny

Hello Linda

I entered the initial request for intermittent FMLA today. In his letter he asked for an immediate request
of eight months and those are the dates I used (2/17/2016 - 10/16/2016).

Ginny Moryan
Associate Relations Manager 8229
Waterville Elm Plaza
140 Elm Plaza
Waterville, ME 04901
Tel (207)877-0700
Fax (207)877-7560
vmoryan@hannaford.com

From: Shute, Linda
Sent: Friday, February 19, 2016 2:40 PM
To: Moryan, Virginia
Cc: Lord, Penny
Subject: Jai Morin

Hi Ginny,
I spoke with Penny today and we are going to be entering intermittent FMLA for Jai. Benefits have been
informed that this should be coming today and are on the lookout for it. Let me know if you have any questions.

"DELHAIZE CONFIDENTIAL: DO NOT FORWARD OR CIRCULATE"

Linda Shute
Associate Relations Specialist
Hannaford Bros.
Districts 1 & 2

1-800-949-3996 Ext.301
Fax 207-873-2697
MS 8182


DEPOSITION
EXHIBIT
_Davis_
_12_

https://mail.delhaize.com/owa/?ae=Item&t=IPM.Note&id=RgAAAADLt3L...   4/12/2017

Hannaford - 000490

Welc...   Page 1 of...

**Print Preview**   NOTE TO NETSCAPE USERS: Please Click on the Scrollbar before Selecting File-Print on the Menu.



DEPOSITION EXHIBIT
Sa v 15
13
PENGAD 800-631-6989

## Plan for Store: 8229 Waterville, ME
### Department: Meat HRD
**Week Ending: 1/2/2016**
**Weekly Tag:**

Comments: This plan was auto generated Dec 20 2015 11:41PM

| | Factor RE | Sunday Plan | Sunday Actual | Monday Plan | Monday Actual | Tuesday Plan | Tuesday Actual | Wednesday Plan | Wednesday Actual | Thursday Plan | Thursday Actual | Friday Plan | Friday Actual | Saturday Plan | Saturday Actual | Total Plan | Total Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Store Sales | 0.0000 | 89601.00 | 58573.19 | 64715.00 | 94436.55 | 65385.00 | 27751.57 | 62283.00 | 73672.44 | 102606.00 | 114558.57 | 86153.00 | 57260.17 | 83387.00 | 84068.12 | 550390.00 | 512200.61 |
| Total Department Sales | 0.0000 | 12609.00 | 8295.43 | 8182.00 | 10590.73 | 7694.00 | 3936.80 | 7727.00 | 8328.80 | 13873.00 | 16425.75 | 10222.00 | 8654.07 | 11351.00 | 11689.48 | 71058.0 | 67928.03 |
| Meat Sales Dollars | 0.0000 | 11241.00 | 6846.74 | 7155.00 | 8845.47 | 6097.00 | 3169.21 | 6661.00 | 6781.90 | 9206.00 | 12035.68 | 8752.00 | 7070.72 | 9881.00 | 10129.35 | 58993.0 | 54877.07 |
| Meat Sales % | 0.0000 | 13.08 | 11.69 | 11.06 | 9.37 | 9.34 | 11.42 | 10.69 | 8.96 | 8.97 | 10.50 | 10.16 | 12.35 | 11.85 | 12.05 | 10.72 | 10.71 |
| Seafood Sales Dollars | 0.0000 | 1368.00 | 1448.69 | 1027.00 | 1745.26 | 997.00 | 770.59 | 1066.00 | 1546.90 | 4667.00 | 4392.07 | 1470.00 | 1583.32 | 1470.00 | 1560.13 | 12065.0 | 13046.96 |
| Seafood Sales % | 0.0000 | 1.59 | 2.47 | 1.59 | 1.85 | 1.53 | 2.78 | 1.71 | 2.04 | 4.55 | 3.83 | 1.71 | 2.77 | 1.76 | 1.86 | 2.19 | 2.55 |
| Store Customers | 0.0000 | 1811.00 | 1397.00 | 1737.00 | 2058.00 | 1844.00 | 842.00 | 1686.00 | 1666.00 | 2493.00 | 2544.00 | 2067.00 | 1444.00 | 2027.00 | 1942.00 | 13665.0 | 11893.0 |
| Meat Customers | 0.0000 | 743.00 | 489.00 | 556.00 | 710.00 | 475.00 | 250.00 | 522.00 | 548.00 | 753.00 | 822.00 | 617.00 | 493.00 | 669.00 | 717.00 | 4335.0 | 4029.0 |
| Seafood Customers | 0.0000 | 113.00 | 106.00 | 92.00 | 92.00 | 88.00 | 42.00 | 93.00 | 121.00 | 269.00 | 288.00 | 117.00 | 116.00 | 121.00 | 134.00 | 893.0 | 948.0 |
| Meat Customer Service Hours | 0.0929 | 1.15 | 0.76 | 0.86 | 0.74 | 1.10 | 0.39 | 0.81 | 0.85 | 1.17 | 1.27 | 0.96 | 0.76 | 1.04 | 1.11 | 6.73 | 6.24 |
| Meat Volume Hours | 0.0000 | 20.03 | 13.50 | 14.97 | 13.97 | 13.48 | 7.07 | 11.97 | 13.17 | 16.54 | 14.94 | 16.65 | 11.93 | 19.41 | 19.42 | 113.05 | 94.00 |
| Meat Supervision Hrs | 0.0606 | 0.75 | 0.49 | 0.56 | 0.72 | 0.48 | 0.25 | 0.53 | 0.55 | 0.76 | 0.83 | 0.62 | 0.50 | 0.68 | 0.72 | 4.38 | 4.06 |
| Meat Fixed Hours | 0.0000 | 17.02 | 17.02 | 18.08 | 18.08 | 18.08 | 18.67 | 15.43 | 15.43 | 14.85 | 14.85 | 15.47 | 15.47 | 13.60 | 13.60 | 113.12 | 113.12 |
| Meat Monthly Qtrly Fixed | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 | 0.0 |
| Meat Training Hours | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 | 0.0 |
| Service Case Coverage Fixed | 0.0000 | 6.00 | 6.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 6.00 | 6.00 | 27.0 | 27.00 |
| Shared Work Space Coverage | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 | 0.0 |
| Service Case Coverage Hrs | 0.0000 | 3.38 | 4.62 | 0.86 | 0.49 | 0.86 | 1.50 | 1.19 | 0.56 | 0.00 | 0.03 | 0.59 | 0.86 | 3.41 | 3.11 | 10.29 | 11.17 |
| Shared Work Space Coverage Hrs | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 | 0.0 |
| Additional Service Case Hrs | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 | 0.0 |
| Meat Total Hours | 0.0000 | 42.33 | 36.39 | 35.33 | 34.36 | 34.23 | 27.88 | 29.93 | 30.56 | 33.32 | 31.92 | 34.29 | 29.52 | 38.14 | 37.96 | 247.57 | 228.59 |

http://172.20.88.96/scripts/lightyearISAPI.dll?displayprintdata&WebApiCommand=displayprintdata&deptid=398558&patemplat...   9/14/2016

Welco...

Pa... 2 c...

| | Factor (RE) | Sunday Plan | Sunday Actual | Monday Plan | Monday Actual | Tuesday Plan | Tuesday Actual | Wednesday Plan | Wednesday Actual | Thursday Plan | Thursday Actual | Friday Plan | Friday Actual | Saturday Plan | Saturday Actual | Total Plan | Total Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meat Total Hours with Break | 1.0650 | 45.08 | 45.08 | 38.76 | 37.63 | 36.59 | 36.45 | 29.69 | 31.88 | 32.55 | 35.49 | 33.99 | 36.52 | 31.44 | 40.62 | 40.43 | 263.66 / 243.45 |
| Meat Goal Hours | 100.0000 | 45.08 | 45.08 | 38.76 | 37.63 | 36.59 | 36.45 | 29.69 | 31.88 | 32.55 | 35.49 | 33.99 | 36.52 | 31.44 | 40.62 | 40.43 | 263.66 / 243.45 |
| Meat Hourly Associate Hours | 0.0000 | 39.50 | 39.50 | 40.23 | 38.25 | 35.83 | 37.50 | 20.65 | 33.00 | 32.42 | 40.50 | 34.50 | 37.25 | 37.25 | 40.50 | 34.17 | 266.5 / 235.05 |
| Meat Manager Hours | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 3.00 | 0.00 | 8.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.0 / 35.00 |
| Meat Hours Scheduled & Actual | 0.0000 | 39.50 | 39.50 | 40.23 | 38.25 | 43.83 | 37.50 | 28.65 | 33.00 | 35.42 | 40.50 | 42.50 | 37.25 | 45.25 | 40.50 | 34.17 | 266.5 / 270.05 |
| Meat % Effective | 100.0000 | 114.13 | 114.13 | 96.35 | 98.38 | 83.48 | 97.20 | 103.63 | 96.61 | 91.90 | 87.63 | 79.98 | 98.04 | 69.48 | 100.30 | 118.32 | 98.93 / 90.15 |
| Combined Dept % Effective | 100.0000 | 111.38 | 111.38 | 109.24 | 101.18 | 102.12 | 100.79 | 108.99 | 97.04 | 92.58 | 90.73 | 89.44 | 100.78 | 86.26 | 101.44 | 132.16 | 100.33 / 101.62 |
| Dept Goal Hrs vs Actual Hrs | 0.0000 | -6.03 | -4.46 | -0.60 | -1.05 | -0.40 | -3.64 | 1.39 | 3.71 | 5.61 | 5.88 | -0.39 | 7.26 | -0.77 | -13.16 | -1.19 | -5.46 |
| Meat Processing $ | 0.0000 | 561.21 | 507.13 | 478.96 | 603.18 | 452.30 | 448.26 | 556.47 | 514.95 | 556.59 | 805.47 | 523.65 | 592.68 | 509.07 | 521.59 | 521.83 | 583.80 |
| Meat Cases Received | 0.0000 | 123.00 | 130.00 | 136.00 | 130.00 | 80.00 | 63.00 | 93.00 | 64.00 | 45.00 | 81.00 | 116.00 | 65.00 | 129.00 | 160.00 | 722.0 | 679.0 |
| Sort Deli Cases | 0.0000 | 114.00 | 119.00 | 113.00 | 147.00 | 81.00 | 82.00 | 89.00 | 114.00 | 71.00 | 69.00 | 109.00 | 63.00 | 97.00 | 177.00 | 674.0 | 711.0 |
| Bl Beef 1 Pc Pkg | 0.0000 | 19.00 | 5.00 | 11.00 | 8.00 | 13.00 | 0.00 | 14.00 | 10.20 | 16.00 | 6.00 | 5.00 | 5.00 | 18.00 | 7.00 | 96.0 | 41.0 |
| Bl Beef 2 Pc Pkg | 0.0000 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 2.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.0 | 0.0 |
| Bl Beef Roast | 0.0000 | 2.00 | 0.00 | 2.00 | 1.00 | 2.00 | 0.00 | 2.00 | 0.00 | 2.00 | 3.00 | 2.00 | 0.00 | 1.00 | 0.00 | 13.0 | 4.0 |
| BL Beef 1 Pc Pkg | 0.0000 | 85.00 | 114.00 | 60.00 | 67.00 | 55.00 | 16.00 | 46.00 | 101.00 | 115.00 | 75.00 | 75.00 | 86.00 | 103.00 | 110.00 | 539.0 | 569.0 |
| BL Beef 2 Pc Pkg All Day | 0.0000 | 19.00 | 11.00 | 11.00 | 9.00 | 11.00 | 3.00 | 10.00 | 8.00 | 10.00 | 24.00 | 9.00 | 24.00 | 12.00 | -13.00 | 82.0 | 77.0 |
| Bl Beef 2 Pc Pkg AM | 0.0000 | 4.00 | 2.00 | 3.00 | 2.00 | 2.00 | 0.00 | 2.00 | 1.00 | 1.00 | 5.00 | 2.00 | 2.00 | 3.00 | 2.00 | 17.0 | 14.0 |
| BL Beef Multi Pc Pkg | 0.0000 | 16.00 | 16.00 | 5.00 | 9.00 | 11.00 | 0.00 | 8.00 | 10.00 | 10.00 | 16.00 | 11.00 | 10.00 | 15.00 | 25.00 | 76.0 | 86.0 |
| Family Pack Beef | 0.0000 | 12.00 | 8.00 | 8.00 | 7.00 | 4.00 | 2.00 | 5.00 | 10.00 | 4.00 | 12.00 | 5.00 | 5.00 | 10.00 | 5.00 | 47.0 | 49.0 |
| BL Beef Cube Stew | 0.0000 | 70.00 | 26.00 | 48.00 | 43.00 | 33.00 | 25.00 | 30.00 | 52.00 | 48.00 | 40.00 | 50.00 | 48.00 | 57.00 | 52.00 | 336.0 | 286.0 |
| BL Beef Roast | 0.0000 | 39.00 | 23.00 | 26.00 | 29.00 | 19.00 | 8.00 | 15.00 | 20.00 | 20.00 | 22.00 | 27.00 | 14.00 | 42.00 | 22.00 | 188.0 | 136.0 |
| Bl Pork 2 to 5 Pc Pkg | 0.0000 | 26.00 | 26.00 | 18.00 | 9.00 | 17.00 | 9.00 | 16.00 | 14.00 | 11.00 | 19.00 | 31.00 | 22.00 | 25.00 | 24.00 | 144.0 | 110.0 |
| Bl Pork 6 to 14 Pc Pkg All Day | 0.0000 | 9.00 | 5.00 | 10.00 | 5.00 | 14.00 | 0.00 | 7.00 | 3.00 | 3.00 | 9.00 | 12.00 | 6.00 | 24.00 | 11.00 | 79.0 | 39.0 |
| Bl Pork 6 to 14 Pc Pkg AM | 0.0000 | 2.00 | 1.00 | 3.00 | 1.00 | 4.00 | 0.00 | 4.00 | 1.00 | 2.00 | 2.00 | 3.00 | 1.00 | 5.00 | 3.00 | 23.0 | 9.0 |
| Bl Pork Roast | 0.0000 | 9.00 | 9.00 | 4.00 | 10.00 | 3.00 | 1.00 | 5.00 | 9.00 | 9.00 | 2.00 | 5.00 | 9.00 | 9.00 | 7.00 | 44.0 | 41.0 |
| Bl Pork Pkg All Day | 0.0000 | 62.00 | 37.00 | 32.00 | 32.00 | 30.00 | 14.00 | 30.00 | 39.00 | 35.00 | 34.00 | 46.00 | 30.00 | 39.00 | 45.00 | 274.0 | 231.0 |
| Bl Pork Pkg AM | 0.0000 | 13.00 | 5.00 | 5.00 | 6.00 | 5.00 | 2.00 | 7.00 | 6.00 | 10.00 | 7.00 | 9.00 | 5.00 | 9.00 | 11.00 | 58.0 | 42.0 |
| BL Pork Roast | 0.0000 | 26.00 | 42.00 | 18.00 | 2.00 | 12.00 | 24.00 | 9.00 | 17.00 | 8.00 | 10.00 | 14.00 | 20.00 | 19.00 | 37.00 | 106.0 | 152.0 |
| Ground Burger All Day | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 | 0.0 |
| Ground Burger AM | 0.0000 | 69.00 | 55.00 | 50.00 | 33.00 | 45.00 | 56.00 | 40.00 | 29.00 | 23.00 | 38.00 | 38.00 | 47.00 | 48.00 | 43.00 | 313.0 | 301.0 |
| Meat Scale Items All Day | 0.0000 | 388.00 | 274.00 | 244.00 | 318.00 | 219.00 | 135.00 | 179.00 | 167.00 | 223.00 | 219.00 | 252.00 | 161.00 | 315.00 | 436.00 | 1820.0 | 1710.0 |

http://172.20.88.96/scripts/llightyeatISAPI.dll?displayprintdata&WebApiCommand=displayprintdata&depid=39855&patemplat...   9/14/2016

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER



Pilora
Lovebird #5

DEPOSITION
EXHIBIT
Davis
14



○  8.star lunch schedule  $8.10 per person hrs charged to Auth. January service star
○  Rob · Thanksgiving contest - front end -

"12/13  -50.00 cash

Review schedule expectation again

Jai was complaining in front on Dan B about Travis
   Stacy overheard and spoke w/ him. I spoke
   with Travis today 12/16 about addressing
   Jai.

Jai tuesday 12/15 was scheduled 10³·7 punched in
   @ 9 and left @ 5³⁰. He also had a sick call + asked
   Jeff what to do. was he was going to
   leave Jeff + the dept. without help.

Spoke w/ Travis again today about his schedule
   that his assistant needs to be here when
   he is not + till 4³⁰ This is the 3rd conversation
   I have had w/ Travis.  I told him he will

Hannaford - 0001243

STIPULATED RECORD - 00436

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

be held accountable going forward. Trays
is expected to review schedule before
it is posted.

Office tills were declared w/ 8,000 in o/s
the report was printed but not researched
tasked I let Stacy know that this has
happened on 3 occations, we need to
correct this going forward.

Hannaford - 0001244

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

12/16

Spoke w/ Travis Today about Jai not checking out Sun or Monday. Jeff also had to speak with Jai Tuesday about the needs of checking out.

Jai's response was "I'll try to do better"

I asked Travis to address this behavior + the business needs of him checking out.


W/E 12/5 I spoke with Travis about adjusting the following weeks schedule, due to Jai not working till at least 4 on Travis days off as well as Jai not scheduled a late night.

On W/E 12/19 schedule none of the above was in place.

On 12/16 I explained to Travis that he is responsible for the schedule and needed to sign off on it going forward.

If this does not get corrected, I would be holding him accountable.

Jonny Davis
12/16/15

Hannaford - 0001245

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Schedule

Page 1 of 1

**Schedule** Thursday
Lord, Penny
Sent: Thursday, April 09, 2015 4:09 PM
To:   Knowlton, Dan; Morin, Jai

Hello,

Now that we are full staffed and you are back.  Please start ensuring that one of you are scheduled till 5pm and one night till 7 for both of you and your full timers.

Thanks,
Penny

4/21 · Spoke with Dan about why this didn't get executed.

He said he would review it with Jai

I went over my expectation one night a week for all ft till 7pm including Dan+Jai. Each day, Dan or Jai here till 5pm.

Dan said he would make it happen on next's week's schedule.

_Penny Lord_
4/26/15

4/26 · Dan schedule reflected the 5pm for himself, but no Jai.  Nor late night

4/28 Spoke with Dan to schedule told him I appreciated him scheduling himself to 5. But I needed to ensure that he is Schedule Jai till 5pm on Dan's days off + all his FT associate's including Jai + himself till 7pm one week.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

4/30 - Reviewed Dan's schedule. He
still has himself scheduled till
5pm and did put Jai on Wed till 5pm
(Dan's day off)
He did not schedule his @ Ft associate,
himself or Jai till 7pm one night a
week. I Do not see Dan till Tues
which at that time I will do a
(Dan's) confidential documentation

5/6
Spoke with Jai - Ask him if Dan had
reviewed the expectations around the
schedule with him.
He didn't say anything.
So I said I'm assuming your silence
means yes.
He than went into why or how can
he meet his make his Kronos %.
I said that he needs to follow
SPTA and ensure he is
scheduled till 7pm + Dan till 7pm
he than came back with
SPTA is only one Sunday per month
and I work more than that.
I said thank you for that
I as well work 3 Sundays a
month an my late night
each week.
So it does seem you are
fully aware of the SPTA so
I expect it to be followed

Hannaford - 0001247

CONFIDENTIAL–SUBJECT TO
PROTECTIVE ORDER

**Weekly S...   Jule v3**

Time Period:   Next Sc...edule Period

Location: Organization\DELHAIZE AMERICA\HANNA\RETAIL EAST\02\8229\004 Meat

Printed Date:   4/24/2015 10:   AM

| Employee | Sun 4/26/2015 | Mon 4/27/2015 | Tue 4/28/2015 | Wed 4/29/2015 | Thu 4/30/2015 | Fri 5/1/2015 | Sat 5/2/2015 | Week Total |
|---|---|---|---|---|---|---|---|---|
| **A, 35** 004 MEAT MEAT CUTTER | 7:00A - 3:30P | 8:00A - 4:30P | 7:00A - 3:30P | | 9:30A - 6:00P | | 7:00A - 3:30P | 40.00 |
| Total Hours: | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 | 0.00 | 8.00 | |
| **BAKER, NATHAN E** 004 MEAT MEAT CUTTER | 9:45A - 6:45P | 11:15P - 7:00P | | 10:30A - 6:30P | 12:30P - 9:00P | 3:00P - 7:00P | | 33.75 |
| Total Hours: | 8.50 | 5.75 | 0.00 | 7.50 | 8.00 | 4.00 | 0.00 | |
| **BRETON, DANIEL** 004 MEAT MEAT CUTTER | 5:45A - 2:15P | 4:45A - 1:15P | | 8:30A - 5:00P | 4:00A - 12:30P | | 5:00A - 1:30P | 40.00 |
| Total Hours: | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 0.00 | 8.00 | |
| **KNOWLTON, DANIEL E** 004 MEAT MEAT MGR | | 8:30A - 5:00P | 8:30A - 5:00P | | 4:00A - 12:30P | 8:30A - 5:00P | 8:30A - 5:00P | 40.00 |
| Total Hours: | 0.00 | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | |
| **LAFLAMME, CARROLL B** 004 MEAT MEAT CUTTER | | | 3:00P - 7:00P | 6:00A - 12:00P | 7:00A - 3:00P | | | 17.00 |
| Total Hours: | 0.00 | 0.00 | 4.00 | 5.50 | 7.50 | 0.00 | 0.00 | |
| **LEAKE, JAMES** 004 MEAT MEAT ASSOCIATE | 12:00P - 8:00P | | 12:45P - 8:00P | 2:00P - 8:00P | | 1:15P - 7:00P | 8:00A - 5:00P | 30.50 |
| Total Hours: | 7.50 | 0.00 | 4.75 | 4.00 | 0.00 | 5.75 | 8.50 | |

*(handwritten notes in margin near BRETON and KNOWLTON: "no lunch", "no lunch night")*

Page 1

Hannaford - 0001248

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

**Weekly Schedule v3**

Time Period: Next Schedule Period

Location: Organization/DELHAIZE AMERICA/HANNA/RETAIL EAST/028/229/004 Meat

Printed Date: 4/24/2015 10:  AM

Page 2

| Employee | Sun 4/26/2015 | Mon 4/27/2015 | Tue 4/28/2015 | Wed 4/29/2015 | Thu 4/30/2015 | Fri 5/1/2015 | Sat 5/2/2015 | Week Total |
|---|---|---|---|---|---|---|---|---|
| MORIN, JAI S / 004 MEAT / MEAT CUTTER | 5:00A - 1:30P | Request Off | 5:00A - 1:30P | 5:30A - 2:00P | 4:00A - 12:30P | 5:45A - 2:00P | Request Off | 39.75 |
| Total Hours: | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 7.75 | 0.00 | |
| PARADIS, OSCAR P / 004 MEAT / MEAT CUTTER | Request Off | 5:45A - 11:00A | 1:00P - 6:45P | 5:00A - 12:45P | | 6:30A - 3:00P | 1:00P - 6:45P | 30.00 |
| Total Hours: | 0.00 | 5.25 | 5.25 | 5.75 | 0.00 | 8.00 | 5.75 | |
| WITHAM, ZACKARY / 004 MEAT / MEAT ASSOCIATE | | 4:30P - 9:00P | 3:00P - 8:00P | | 3:00P - 8:00P | 3:15P - 9:00P | 2:45P - 8:00P | 24.50 |
| Total Hours: | 0.00 | 4.50 | 5.00 | 0.00 | 5.00 | 5.25 | 4.75 | |
| Daily Total | 40.00 | 39.50 | 38.00 | 38.75 | 47.50 | 38.75 | 43.00 | 285.50 |

Hannaford - 0001249

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

**Weekly S... .dule v3**

Time Period:
Next Schedule Period:
Location: Organization/DELHAIZE AMERICA/HANNA/RETAIL EAST/02/8229/004 Meat

Printed Date: 4/30/2015 2:1... AM

| Employee | Sun 5/03/2015 | Mon 5/04/2015 | Tue 5/05/2015 | Wed 5/06/2015 | Thu 5/07/2015 | Fri 5/08/2015 | Sat 5/09/2015 | Week Total |
|---|---|---|---|---|---|---|---|---|
| A, 35 004 MEAT MEAT CUTTER | 7:00A-3:30P | | | Request Off | 0.00 | Request Off | 7:00A-3:30P | |
| Total Hours: | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | 32.00 |
| BAKER, NATHAN E 004 MEAT MEAT CUTTER | | | | | | 0.00 | 8.00 | |
| Total Hours: | 5.75 | 5.25 | 6.00 | 6.75 | 7.00 | 0.00 | 0.00 | 30.75 |
| BRETON, DANIEL 004 MEAT MEAT CUTTER | | | | | | 7:00A-3:30P | 0.00 | |
| Total Hours: | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 |
| KNOWLTON, DANIEL E 004 MEAT MEAT MGR | | 8:00A-5:00P | 6:30A-3:00P | | | 8:30A-5:00P | 8:30A-3:30P | |
| Total Hours: | 0.00 | Request Off | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 40.00 |
| LAFLAMME, CARROLL B 004 MEAT MEAT CUTTER | | | | | | 0.00 | 4.00 | |
| Total Hours: | 7.50 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 4.00 | 15.50 |
| LEAKE, JAMES 004 MEAT MEAT ASSOCIATE | | | | | | | | |
| Total Hours: | 7.50 | 0.00 | 6.75 | 0.00 | 4.50 | 5.50 | 7.50 | 30.75 |

Hannaford - 0001250

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Weekly Schedule v3

Time Period: Next Schedule Period

Location: Organization/DELHAIZE AMERICA/HANNA/RETAIL EAST/028/029/004 Meat

Printed Date:   4/30/2015 2:21 PM

Page 2

| Employee | Sun 5/3/2015 | Mon 5/4/2015 | Tue 5/5/2015 | Wed 5/6/2015 | Thu 5/7/2015 | Fri 5/8/2015 | Sat 5/9/2015 | Week Total |
|---|---|---|---|---|---|---|---|---|
| MORIN, JAI S 004 MEAT MEAT CUTTER | Request Off | 5:30A-2:00P | 5:00A-1:30P | 8:30A-5:00P | 5:00A-1:30P | 5:00A-1:30P | 0.00 | |
| Total Hours: | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 |
| PARADIS, OSCAR P 004 MEAT MEAT CUTTER | 5:00A-3:30P | | | 6:45A-3:15P | | 9:30A-6:00P | 5:45A-2:15P | |
| Total Hours: | 8.50 | 0.00 | 0.00 | 8.00 | 0.00 | 8.00 | 8.00 | 30.50 |
| WITHAM, ZACKARY 004 MEAT MEAT ASSOCIATE | | 4:00P-8:00P | 3:00P-8:00P | 3:00P-8:00P | 3:00P-8:00P | 0.00 | 3:00P-8:00P | |
| Total Hours: | 0.00 | 3.50 | 5.00 | 4.00 | 5.00 | 0.00 | 5.50 | 23.00 |
| **Daily Total** | 43.25 | 40.75 | 35.75 | 34.75 | 39.50 | 37.50 | 41.00 | 272.50 |

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Standard Practice Training Aid

**Retail Leadership Schedule**
Assistant Department Manager, Assistant Store Manager

## Retail Leadership Schedule

| | |
|---|---|
| **Purpose** | Store and Department leaders are scheduled appropriately to cover all business needs |
| **Start** | Weekly - when creating schedule |
| **Materials** | • N/A    • N/A |

| Actions: | Steps / Details: |
|---|---|
| 1. Scheduled day's off | a. The intention is to have all Hannaford associates enjoy their time off, however, we need to keep the business needs in mind when planning and scheduling.<br>1. Store Manager and Assistant Store Manager should not schedule the same day off.<br>2. Department Managers and Assistant Department Managers should not schedule the same day off.<br><br>NOTE: The above standards ensures appropriate 7-day coverage within all departments, and total store leadership. |
| 2. Late Nights | a. Store Manager and Assistant Store Manager are expected to work a late shift each week.<br>b. Department Managers, and Assistant Department Managers are expected to work a late shift each week<br><br>NOTE: A late shift is defined as at least until 7:00pm |
| 3. Sunday | a. Store Manager, Assistant Store Manager, and Manager on Duty are required to work a minimum of one Sunday a month on a rotating basis.<br>b. Store Manager, Assistant Store Manager, and Manager on Duty are the only authorized associates to be in charge of the store at anytime.<br><br>NOTE: The above standards support having a key leadership person on duty to support our business needs.<br><br>c. Department Managers and Assistant Department Managers should work a minimum of one Sunday a month on a rotating basis |

Hannaford
Retail Operations

Page 1 of 2
Copyright © 2010 EQJT

Revised: 12/13/2013
Doc # 22000

Hannaford - 0001252

STIPULATED RECORD - 00445

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

4/30/15

On 4/9/15 I sent Dan and email asking him to ensure that either himself and Jai are scheduled till 5pm.  As well as one night a week for himself, Jai and all Fulltime associates.

On 4/21/15 After reviewing Dan schedule I asked him why my asks around his schedule was not executed.
He said that he would review it would jai and make sure it happened  for next weeks schedule.
I once again went over my expectations one night a week for all Fulltime till 7pm as well as himself and Jai.  Each day, Dan or Jai till 5pm

On 4/26/15  Spoke with Dan about his schedule.  Told him I appreciated him scheduling himself till 5pm each day but, I needed to ensure that he is scheduling Jai till 5pm on his day off and again that all his FT including Dan and Jai need to be scheduled one night till 7pm.

Dan said he would make this happen.

On 4/30/15 I reviewed Dan's schedule to find that he did not execute the requirement on each FT one night till 7pm.
This was asked of him on three occasions.  Dan needs to understand that going further he needs to follow SPTA and the direction on his supervisors.


Any further violations of SPTA or direction from supervisor will result in further disciplinary actions.


Penny Lord
Assistant Store Manager #8229



Dan Knowlton

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Standard Practice Training Aid

Retail Leadership Schedule
Assistant Department Manager, Assistant Store Manager

## Retail Leadership Schedule

| Purpose | Store and Department leaders are scheduled appropriately to cover all business needs | |
| --- | --- | --- |
| Start | Weekly – when creating schedule | |
| Materials | • N/A | • N/A |

| Actions: | Steps / Details: |
| --- | --- |
| 1. Scheduled day's off | a. The intention is to have all Hannaford associates enjoy their time off, however, we need to keep the business needs in mind when planning and scheduling. <br> 1. Store Manager and Assistant Store Manager should not schedule the same day off. <br> 2. Department Managers and Assistant Department Managers should not schedule the same day off. <br><br> NOTE: The above standards ensure appropriate 7 day coverage within all departments, and total store leadership. |
| 2. Late Nights | a. Store Manager and Assistant Store Manager are expected to work a late shift each week. <br> b. Department Managers, and Assistant Department Managers are expected to work a late shift each week <br><br> NOTE: A late shift is defined as at least until 7:00pm. |
| 3. Sunday | a. Store Manager, Assistant Store Manager, and Manager on Duty are required to work a minimum of one Sunday a month on a rotating basis. <br> b. Store Manager, Assistant Store Manager, and Manager on Duty are the only authorized associates to be in charge of the store at anytime. <br><br> NOTE: The above standards support having a key leadership person on duty to support our business needs. <br><br> c. Department Managers and Assistant Department Managers should work a minimum of one Sunday a month on a rotating basis |

Hannaford
Retail Operations

Page 1 of 2
Copyright © 2010 EOJT

Revised: 12/13/2013
Doc # 22000

Hannaford - 0001254

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Hannaford Intranet

Page 1 of 1

**Your Total Rewards@Work**          **POLICIES**

## Personal Behavior

**All Delhaize America, LLC Associates**

**Special Note:** Consultation with your Associate Relations Specialist/Manager/Partner prior to application or implementation of the provisions of this policy is required.

The Company holds integrity among its core values, which includes adherence to lawful, ethical and professional conduct. Our goal is to provide a work environment that benefits and protects the rights and safety of all.

The following conduct is prohibited, and will subject you to disciplinary action up to and including termination of employment (See the Performance Counseling Policy for further information on the accountability process), as determined by your supervisor in consultation with your Associate Relations Specialist/Manager/Partner:

1. Insubordination. This includes refusing to follow management's instructions concerning a job related matter and willful failure to comply with the Standard Practices prescribed by the Company.
2. Verbal or physical assault or intimidating or threatening any associate, vendor or customer.
3. Violation of the Company's Respect in the Workplace policy.
4. Possession of firearms, ammunition, explosives, and illegal knives on Company property, unless the associate is specifically authorized by the Company to carry such a weapon on the property or allowed by state law.
5. Unauthorized sharing of Company passwords or PIN numbers.
6. Engaging in fraudulent behavior that intentionally exposes the Company to risk or potential loss. Examples include writing personal checks to the Company on insufficient funds, the unauthorized use of credit, debit, or gift cards, misuse of store or vendor coupons, or giving or receiving other unauthorized discounts or markdowns.
7. Theft or misuse (including defacing or damaging) of Company property, or that of a customer, vendor, or another associate.
8. Violation of established safety practices or failure to report an accident. This includes contributing to unsanitary or dangerous conditions.
9. Habitual tardiness or absenteeism without approval (see Attendance and Punctuality policy for more information).
10. Gambling on Company property.
11. Falsifying any Company documents, records or reports, whether in paper or electronic form, including but not limited to an application for employment, a production record, a time record (including working off the clock and leaving the place of work without permission while still on the clock), shipping or receiving records, account reports, or benefit enrollment documents.
12. Requiring or permitting a subordinate to work off the clock.
13. The use of alcoholic beverages or illegal drugs on Company property or reporting to work under the influence of alcohol or performance inhibiting drugs.
14. The purchase, possession, use, sale, or distribution of any age restricted product by an associate not of legal age. These products include, but are not limited to alcohol, tobacco, fireworks, and other age restricted materials. Additionally, the sale or distribution of any age restricted product to a customer or associate not of legal age.
15. Serious inefficiency, including neglecting or avoiding work duties or responsibilities.
16. Conduct unbefitting of a manager or any other conduct by an associate which violates Company policy, State or Federal law.
17. The possession, on Company property, of a controlled substance (and/or drug paraphernalia), other than a drug prescribed for you by a physician, or the sale of controlled substances on Company property.
18. Failure to comply with the Food Safety & Food Defense Policy (See the Food Safety and Defense Policy for further details).
19. Failure to comply with any Delhaize America policy related to Information security, data privacy, or HIPAA security. (See the Delhaize America Information Security Policy Book, Delhaize Information Security Standards Book, and the Delhaize America HIPAA Security Policies and Procedures for further details.)

The foregoing are examples of behavior that will not be permitted, but the list is not intended to be all-inclusive.

The Company respects associate's right to engage, or refrain from engaging, in activity protected by Section 7 of the National Labor Relations Act, including forming, joining, or assisting labor organizations, bargaining collectively, and engaging as a group in activities aimed at improving their wages, hours or working conditions. Nothing in this policy is intended to restrict these rights, nor will the policy be applied in such a way.

**DELHAIZE AMERICA** |     

Hannaford - 0001255

STIPULATED RECORD - 00448

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

3/30
Rob spoke with Logan about HOG
for W/E 3/28 +4.7

Rob spoke with Kim about HOG
W/E 3/28 +4.7. Rob let her know
that this was a trend from the
begining of the week  Make sure we
are reacting to this daily

Rob had a conversation with Dan
around mpp his dept was 15.11 HOG
Dan didnot take ownership and blamed
it on Jai + his scheduling.
   Rob let him know it was also his
job to check + react.

4/1. no merch. walk was started till 8³⁰
   shipper were outback that have been
   there once center store Inventory.
   I know this cause there was a sign 3/12

- I put out seven shippers + stuffed toys.
I was very happy to see summer toys
out before Easter!!!

Produce + Bakery still missing food bank
Sign offs from an assignment I
gave them 3/15.

Nick + Jai - did not check out with me

Hannaford - 0001256

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

seen our new form for beer/
wine pmp. Which stephaine
said she gave them all a
copy.
     He said no he has never seen it.
They have also not received a
new one for this months change.
5/5 <u>no</u> groc exreption report
     completed.


5/7 - PDI not completed till 5pm.
James + Penny filled slacks + worked
2 pallets of Summer Gm that came in.

5/6 - Jai was scheduled till 5pm, to cover
Dan's day off he left at 4pm.

5/7 - Dan Knowlton out sick - no commun. to
     leadership.
     <u>Produce</u> - Did a great job today while
          Logan was off.

Hannaford - 0001257




# Kronos – Meat Sequence of Events

## Meat – Meat Market Sales Manager Sequence of Events

- Department manager meeting occurs once per week (day/time varies by store)
- Time is earned weekly to complete schedules Friday, Monday, and Tuesday – Thursday (varies by store)
- Time is earned to wash hands upon entering the department at the start of your shift, after break and 1 additional time during your shift.



- Communication board review
- Make out transfers (Saturday only)
- Write and review assignment sheets
- Make out vendor order
- Miscellaneous ACIS Activities
- Check e-mail, Task Management and review Portal
- Check Time and Attendance
- Update Plan/Actual in MPP
- **Meat Market Sales Manager should be scheduled in productive jobs in addition to Meat Market Sales Manager and supervise intermittently as necessary**



DEPOSITION
EXHIBIT
Davis 15

PENGAD 800-631-6989

Hannaford - 000959

STIPULATED RECORD - 00451

Reference Document

Kronos – Meat Sequence of Events
Assistant Meat Market Sales Manager

# Meat – Meat Market Cutter Sequence of Events



## Sequence of Events

- AM Meat case cull and Magic Coupon application
- Check side case codes and appearance
- Daily update signs
- CAO Scan Out
- Check side case codes and appearance
- CAO Review Fresh Order (must have Skill)
- Order Meat Supplies (twice per week)

Hannaford - 000960

STIPULATED RECORD - 00452

Reference Document

# Meat – Meat Market Sales Associate Sequence of Events



- Ad break activities
- Daily update signs
- Sort Deli Cases
- Put away meat load
- Complete ground meat set up
- Stocks racks from cooler
- Iceless cases remove plastic covering from product  (Shared workspace/case only)
- Wrap, weigh up product, and stock case
- Put away frozen load
- Wrap, weigh up product, and stock case
- Iceless cases– Swap trays and bowls and clean front channel (Shared workspace/case only)
- Clean and update small, large, and/or magnetic signs (Shared workspace/case only)

- Review case and react to business needs
- Stock Side case
- Wrap, weigh up product, and stock case

Hannaford - 000962

Reference Document

## Meat – Service Case Sequence of Events (Shared Workspace/Case)

- Review case and react to business needs
- Check case temperatures
- Stir Marinades
- Sharpen Knives
- Clean utensils and knife holder
- Check case temperatures
- Clean and sanitize counters and scales
- Butcher Shop – Rotate Marinated Product
- Clean lobster tank
- Review case and react to business needs
- Refill lobster tank and check salinity (Thursday)
- Check case temperatures
- Review case and react to business needs
- Butcher Shop – Rotate Marinated Product
- Check case temperatures
- Check case temperatures

*Revision History:*
*03/02/2015 – Reformatted document for approximate timing*
*01/26/2015 – Added CAO Fresh Activities*

Hannaford
Retail Scheduling

Page 7 of 7

Revised: 03/02/2015
Document #15056

Hannaford - 000965



## Meat Department Guidelines

Hannaford – 000966

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER



# Meat & Seafood

# Merchandising

# Strategies & Guidelines

## Facilitator Guide



DEPOSITION
EXHIBIT
Davis
16
PENGAD 800-631-6989

Hannaford - 0001258

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

# Hannaford

Meat & Seafood Merchandising Strategies & Guidelines

## Materials Needed

- Have a packet of the following print-offs for each participant:
  - Meat Department Strategy
  - Seafood Department Strategy
  - Meat Presentation Guidelines
  - Seafood Presentation Guidelines
  - Standard Practice Training Aid: Retail Leadership Schedule

## How to use this guide

- The purpose of this guide is to provide the talking points that will help you draw connections between our Meat and Seafood Merchandising and Scheduling guidelines and our strategy.
- Guide Design:
  - Instructions to you will be in normal text
  - Talking points can be identified by **bold text**. Comments in bold text should be repeated as close to how they are written as possible to ensure consistency in message. Facilitators may change some of the wording to sound authentic to their style of communication as long as the core message is delivered.
  - Information to "listen for" is highlighted in *italic text*. These are comments or responses you should hear from the participants and should offer up if they are not mentioned in the conversation.

## Attendance

- Class should be facilitated by Meat/Seafood Manager with support from Store Manager and Assistant Store Manager.
- All associates in the Meat and Seafood departments should be scheduled to attend.

## Facilitator Guide Icons



| | |
|---|---|
| | A comment or important statements you make to the class |
| | A place for Q&A, or questions you pose to the class to provoke thought on a topic |
| | A transitional statement, designed to lead into the next topic |

Hannaford - 0001259

CONFIDENTIAL–SUBJECT TO
PROTECTIVE ORDER

# Hannaford

**Meat & Seafood Merchandising Strategies & Guidelines**

| Session Agenda & Talking Points |
|---|

**Welcome**

Introduce yourself and share a few sentences about your work background and experience with this topic.

Cover the following key points:

- A recent survey of 10% of our store population indicates some potential gaps with respect to execution of our Meat/Seafood presentation guidelines, the Leadership Scheduling Standard Practice and Store needs. In order to deliver on the strategy elements of "Best in Class Meat" and "Hannaford Everyday" (i.e. friendly and efficient service), we would like to have a renewed focus on aligning all of these while offering a solution for each store size/volume.
- Hannaford continues to look at how we deliver our best in class strategy for Meat and Seafood. Our business is constantly changing and we must work to meet our customers' needs every day in every market. A key part of this is our merchandising guidelines and scheduling practices. Now, what does this look like in our department?

Let's jump right in and take a look at the key connections between the Meat Strategy and the Presentation Guidelines.

**Facilitator Note:** Have handy the Meat Department Strategy and Meat Department Guidelines.

Please hand out a copy of the Guidelines to Associates and ask them to follow along as you read through the activities. This should help Associates match up the Daily Activities with the Strategy Elements, which will show the value of job activity throughout the day.

- As it's laid out in the strategy, the role of the Meat Department is to serve as a key department for building relationships with our customers. Our Meat Department success will come from our ability to meet and exceed customer expectations around service, quality, variety and Hannaford everyday value. In order to do this, we must ensure the appropriate Associates are scheduled at the correct time of the day to meet our Presentation and Scheduling Guidelines, all with the focus of being there for our customers.
- The three main focuses in achieving the overall Meat Strategy include Best in Class Meat Quality, Variety and Service.

In order to achieve our Best in Class Meat Quality Strategy Element, our Department Guidelines help by showing which activities begin at 6am and continue throughout the day

- Some examples of activities that help us achieve our Quality Element are:
  - ✓ Cull and Block Department
  - ✓ Receive
  - ✓ Rotate
  - ✓ Lean % Testing
  - ✓ Self-Service Case Rotate
  - ✓ Remove Distressed Product
  - ✓ Breakdown
  - ✓ Clean Grinder
  - ✓ Bargain Price
  - ✓ Fill and Check Code Dates

Hannaford - 0001260

CONFIDENTIAL–SUBJECT TO
PROTECTIVE ORDER

# Hannaford

Meat & Seafood Merchandising Strategies & Guidelines

- Butcher Shop:
  - ✓ Fill
  - ✓ Clean Butcher Shop Glass
  - ✓ Spot Clean Shelving
  - ✓ Code Date and Cool Label Butcher Shop Bowls and Trays

In order to achieve our Best in Class Meat Variety Strategy Element, our Department Guidelines help by

- Showing which activities begin at 7 am and continue throughout the day
- Some examples of activities that help us achieve our Variety Element are
  - ✓ Check Sale Signs
  - ✓ Work racks from prior day (if any)
  - ✓ Butcher Shop set up by 9 am and full variety maintained through 7 pm (8 pm during Summer)
  - ✓ Order the Department
  - ✓ Grind
  - ✓ Create Production Records
  - ✓ Fresh Case full variety by 9 am until 7 pm (8 pm during Summer)
  - ✓ Side and Frozen Cases full
  - ✓ Meat Cutter availability until 7 pm (8 pm during Summer)

In order to achieve our Best in Class Meat Service Strategy Element, our Department Guidelines help by

- Ensuring Meat cutter coverage occurs during the 10 busiest hours of the day and until 7 pm during the winter and 8 pm during the summer. This will help make sure there is a Cutter available to customers should special requests come in. The Cutter also helps maintain department presentation throughout the evening and cuts to fill holes to assist with Morning work for Department Set-up.
  - ○ It is important that this associate (Cutter) should not be performing any closing or cleaning activities prior to 7 pm during the winter or 8pm during the summer, there will be time scheduled for the closing activities to be completed starting at 7 pm or 8 pm only.
- Keeping the butcher shop open with full variety until 7 pm during the winter and 8 pm during the summer
  - ○ Again, it's important to note the Closing procedures should only begin at these designated times and Associates will be scheduled accordingly for these tasks

Interesting Data to share

- 40-45% of meat customers make their meat purchases between 4 pm-7 pm
- 30-35% of butcher shop customers make their purchases between 4 pm-7 pm

 Are there any questions?

 Now, let's jump right in and take a look at the key connections between the Seafood Strategy and the Presentation Guidelines.

Hannaford - 0001261

CONFIDENTIAL–SUBJECT TO
PROTECTIVE ORDER

# Hannaford

**Meat & Seafood Merchandising Strategies & Guidelines**

| | |
|---|---|
| | Facilitator Note: Have handy the Seafood Department Strategy and Seafood Department Guidelines. |
|  | Please hand out a copy of the Guidelines to Associates and ask them to follow along as you read through the activities. This should help Associates match up the Daily Activities with the Strategy Elements, which will show the value of job activity throughout the day.

• Our philosophy on seafood is that it supports our Best in Class Meat, Deli and Produce. We will offer an assortment of high quality fresh, frozen and value added seafood in an environment that's mostly full service.
• Our competitive benchmark will be any store where a customer can complete a full grocery store shopping experience.

In order to achieve our Seafood Quality Strategy Element, our Department Guidelines help by showing which activities begin at 7 am

• In each Seafood Department, you should see the following:
  ○ Cases culled
  ○ Cases clean
  ○ Department blocked and a good representation to be in place by 10 am
  ○ Temperature Checks occurring
  ○ Fixed Cleaning activities occurring

In order to achieve our Seafood Variety Strategy Element, our Department Guidelines help by showing which activities begin at 7am

• A good representation of product should be in place by 10am and the case completely set by 11am
• Seafood hours of operation end at 9pm and closing/cleaning procedures begin only after 7pm with product run down beginning at 7pm

In order to achieve our Seafood Service Strategy Element, our Department Guidelines help by showing which activities begin at 7am

• Customer service must be maintained at all times – the department should never be unattended
• Seafood associates are to be free from setting up and closing down activities between 11am-7pm, cleaning activities should not occur before 7pm and the appropriate Associates will be scheduled to be able to achieve this goal

Key Data

• 35-40% of seafood customers make their purchases between 4pm-7pm.

 Are there any questions? |
|  | We've talked about the connections between meat and seafood and their presentation guidelines. Now let's talk about how associates' scheduled hours fit into the mix to allow us to achieve the goals we've been discussing. |

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

# Hannaford

Meat & Seafood Merchandising Strategies & Guidelines



**Facilitator Notes:**

* As you have Department conversations about Guidelines and Scheduling, it will be important to encourage associates to Cross Train, evaluate their availabilities and be signed off on all training guides for any job functions they complete.
* If associates raise concerns regarding the impact to their personal schedule you should let them know that you will connect with them one on one to discuss. As we look at implementing Kronos, associate availability and cross-training will become very important.
* If, through this discussion, there is a scheduling conflict that cannot be resolved, it is encouraged that the AR Specialist and possibly ROSS and DM be involved to help make the best decisions for the Associate while balancing the business need.

**Leadership Scheduling and Getting to Standard Practice**

* Retail Leadership Standard practice calls out the need for the department managers and assistant department managers to work one late shift per week (defined as until 7 pm), and to also be scheduled during peak business hours (define as 4 pm-7 pm per the Meat and Seafood Merchandising Guidelines). Meat Managers should generally work 8 am-5 pm, and in their absence, the Assistant Meat Manager should work the same schedule.
* The Service Leader position was created for each Department to create greater depth of knowledge in the department and have another leader available to perform early morning tasks that were previously required of the Meat and Seafood Manager and/or Assistant Meat and Seafood Manager. Adding this depth to the department will allow Meat and Seafood Managers and their assistants the flexibility to work as the scheduling guidelines require.

**Meat cutter coverage and Getting to Standard Practice**

* Ensure Meat cutter coverage occurs during the 10 busiest hours of the day and until 7 pm during the winter and 8 pm during the summer.
* As we discussed earlier, this will help make sure there is a Cutter available to customers should special requests come in. The Cutter also helps maintain department presentation throughout the evening and cuts to fill holes to assist with Morning work for Department Set-up.

**Butcher Shop and Seafood Department Hours of Operation and getting to Standard Practice**

* The Butcher Shop and Seafood department close at 9 pm and cleaning should not occur prior to 7 pm.

**Higher Volume Seafood Departments with double Service/Coverage Hours and getting to Standard Practice**

* High Volume Seafood Departments should be scheduling more than one Associate during the peak business hours, where earned
  * Facilitator Note: A potential resolution to this challenge would be to cross-train and share an associate with a sister department; the amount of hours earned may only allow for a shift length that's less than four hours, and so the associate may work

Hannaford - 0001263

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

# Hannaford

Meat & Seafood Merchandising Strategies & Guidelines

| | | |
|---|---|---|
| | | from 5-7 pm in seafood, but begin or end their shift in another department. |
| | **?** | Are there any questions? |
| | | **Close** |
| | | Cover the following key points: |
| | | • We want to be completely available for the customer and be able to provide the best service in our Markets. With that, it's critical for us to keep our Departments open during our busiest hours, with Associates completely focused on Customer Service |
| | | • With our re-focus on Standards and Activities performed throughout the day, combined with our upcoming Kronos roll-out, it is our goal to execute our Meat and Seafood Strategies at 100% |
| | | • Let's focus on performing activities, being scheduled and being available to our Customers in order to build relationships and grow sales...have fun doing it!
Thank you! |

Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Hannaford - 0001264

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

## Hannaford Seafood Guidelines

Hannaford - 0001265

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

# Meat Department Guidelines

Hannaford - 0001266

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER



## Seafood Department Strategy

**Seafood Philosophy**
The role of Seafood will be to support Best in Class Meat, Deli and Produce. We will offer a relevant assortment of high quality fresh, refresh, frozen and value added seafood in an environment that is predominantly full service. Our primary competitive benchmark will be any store where a customer can complete a full grocery store shopping experience.

* **Seafood Quality** – Our offering will be high quality and will have product specifications that work most effectively with our supply chain in delivering a consistent eating experience to our customers.  All items will meet Delhaize America Sustainable Seafood criteria.

* **Seafood Variety** – Our variety offering will be a relevant, market specific, and competitive assortment of Fresh, Refresh, Frozen and Value Added Seafood items. Our Fresh service case variety will be greater than or equal to the competitive benchmark while our self service offering will be less than or equal to our competition.

* **Seafood Service** – Our primary focus will be to offer our customers a full service shopping experience in our Seafood Departments, supported by knowledgeable associates who are able to offer product selection and basic preparation advice.

* **Hannaford Everyday** – Our pricing strategy will provide great value to our customers by focusing on the execution of key value, foreground and background items against our primary competition. In total, our pricing strategy will position us to be higher priced than most of our traditional supermarket competitors, with the exception of those that offer a similar full service shopping experience in Seafood. Support ad items will be priced at our primary supermarket competitors last advertised price.

Revised 8/17/10

Hannaford - 0001267

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER



## Meat Department Strategy

**Best In Class Strategy Definition**
Meat, Produce and Deli are key departments for our customers in determining where to shop, therefore they are our "Best In Class" departments.  Specifically we will anticipate consumer expectations in each market and deliver a shopping experience that emphasizes best in class quality, variety, and service experience.   Customers will find competitive pricing, engaging associates and department layouts that focus on convenience of navigating and selecting the freshest items they seek.

**Meat Philosophy**
The primary role of the Meat Department is to serve as a key driver attracting and retaining customers.  Our Meat success will be centered on service, quality, variety, service, and Hannaford everyday value.

**Best In Class In Meat Quality –** Our Meat quality, craftsmanship (cutting and trim specifications), and standard practices will be consistently better than any of our primary supermarket competitors in each of our markets. We will offer a range of quality choices within every category, with the intent of having the highest quality within each tier at the best value for the consumer, leveraged via daily fresh deliveries. We will be deliberate in communicating to our customers and our associates our commitment to quality through associate training, signage and marketing.

**Best In Class Variety –** Our variety image plays an important role in our Meat strategy, and serves as a natural complement to our quality image. We will determine variety based on specific customer needs, by market, to achieve Best In Class, with a strong underlying commitment to Angus beef and ground beef. We will support the overall Healthy For Life Made Simple strategy by offering healthier alternatives throughout the Department. To enhance our variety image further, we will have a tiered offering of items in most categories with options in package size, thickness, and weights.

**Best In Class Meat Service –** We will offer excellent customer service in our Meat Departments.  We will create an atmosphere of a traditional service butcher shop to encourage customer interaction at the full service counter as well as throughout the entire Department. All of our Meat Associates will be trained and have the resources available to satisfy our customers' needs, and to create a service experience that is friendly, approachable, and solution oriented. The Meat Associates will have product knowledge and a thorough understanding of basic cooking methods.

**Hannaford Everyday –** Our pricing strategy will provide great value to our customers by focusing on the execution of critical, key value, foreground and background items against our primary competition.  Our High – Low advertising strategy on the front page is to be priced at or slightly below the last primary supermarket competitors advertised retail on comparable items.  Support ad items will be priced to promote variety, trial and to sell fail out cuts.

Revised 4/20/2011

Hannaford - 0001268

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Standard Practice Training Aid

**Retail Leadership Schedule**
Assistant Department Manager, Assistant Store Manager

## Retail Leadership Schedule

| Purpose | Store and Department leaders are scheduled appropriately to cover all business needs | |
|---|---|---|
| Start | Weekly - when creating schedule | |
| Materials | ∗ n/a | ∗ |

| Actions: | Steps / Details: |
|---|---|
| 1. Scheduled day's off | a. The intention is to have all Hannaford associates enjoy their time off, however, we need to keep the business needs in mind when planning and scheduling. |
| | 1. Store Manager and Assistant Store Manager should not schedule the same day off. |
| | 2. Department Managers and Assistant Department Managers should not schedule the same day off. |
| | NOTE: The above standards ensures appropriate 7 day coverage within all departments, and total store leadership. |
| 2. Late Nights | a. Store Manager and Assistant Store Manager are expected to work a late shift each week. |
| | b. Department Managers, and Assistant Department Managers are expected to work a late shift each week |
| | NOTE: A late shift is defined as at least until 7:00pm. |
| 3. Sunday | a. Store Manager, Assistant Store Manager, and Manager on Duty are required to work a minimum of one Sunday a month on a rotating basis. |
| | b. Store Manager, Assistant Store Manager, and Manager on Duty are the only authorized associates to be in charge of the store at anytime. |
| | NOTE: The above standards support having a key leadership person on duty to support our business needs. |
| | c. Department Managers and Assistant Department Managers should work a minimum of one Sunday a month on a rotating basis |

Hannaford Bros. CO
Retail Operations

Page 1 of 2
Copyright © 2010 EOJT

Revised: 08/10/2011
Doc # 22000

Hannaford - 0001269

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Standard Practice Training Aid

Retail Leadership Schedule
Assistant Department Manager, Assistant Store Manager

| Actions: | Steps / Details: |
|---|---|
| 4. Peak time | a. Store Manager and Assistant Store Managers should be scheduled during peak business hours daily.<br><br>b. Department Managers and Assistant Department Managers should be scheduled during peak business hours daily.<br><br>[NOTE] Adjustments to these standards can be made with District Manager approval. |
| Result | Consistent conditions have been sustained, creating a maximization of sales. |
| Task standards | • Store Manager and Assistant Store Manager do not share the same day off<br>• Department Manager and Assistant Department Manager do not share the same day off<br>• Store Manager and Assistant Store Manager work until at least 7pm once a week<br>• Department Manager and Assistant Department Manager work until at least 7pm once a week |

Hannaford Bros. CO
Retail Operations

Page 2 of 2
Copyright © 2010 EGNT

Revised: 08/10/2011
Doc # 22000

Hannaford - 0001270

STIPULATED RECORD - 00468

Meeting w/ Jai. Wed. 1/6 @ 1pm.
○ Currify this given info AB and our comp partners
   I don't discuss the result

○ As you are aware 11 positions require
      your availability +
   I dedup inequire
         avails of on Sunday + end of __?

○ With this requirement and our busiest
      busiest time from 3-4pms
   We can not need you __ __
      in your current _
   We will need these accomodations till next thurs
○ After today and up to now __ you will have the option to
      except one of the following roles that we
   can __ your accomodations.

   ⎧ 8229 × PT deli, bakery, cashier, meat assoc/cutter
   ⎜ 8250 × PT front end
   ⎨ 8254 × PI Meat cutter for 1½ months than FE
   ⎩ 8220 × PT front end

   I understand that this will be a
   tough decision for you
      do there anything Genny or I
   can do to help you?                           ⟶


DEPOSITION
EXHIBIT
Davis
17

Reminder I can only __ accomodate
   __ __ role till thurs 1/14 __
○ after that you will need to find
   a role that fits your __ accomodations