UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAI MORIN,<br><br>    Plaintiff,<br><br>    v.<br><br>HANNAFORD BROS. CO., LLC,<br><br>    Defendant. | Civil Action No. 1:17-cv-00050-GZS |

## STIPULATION OF DISMISSAL

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated at Portland, Maine this 11th day of October 2018

/s/ Chad T. Hansen
Chad T. Hansen, Esq.
Maine Employee Rights Group
92 Exchange Street, Second Floor
Portland, Maine 04101
Tel. (207) 874-0905
chansen@maineemployeerights.com


/s/Timothy J. O'Brien
Timothy J. O'Brien, Esq.
Libby O'Brien Kingsley & Champion, LLC
62 Portland Road, Suite 17
Kennebunk, ME   04043
Tel: (207) 985-1815
tobrien@lokllc.com